UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-1302-JST(RNBx)            Date:  December 10, 2012

Title:  FEDERAL DEPOSIT INSURANCE CORPORATION, etc. v. TRADITIONAL ESCROW, INC., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                               Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

      On October 2, 2012, the Court set a scheduling conference for December 21, 2012, and ordered the parties to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 8 ¶ 1.)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

      On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report.  No later than **December 14, 2012, 12:00 p.m.,** counsel shall submit a Joint Rule 26(f) Report, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

                                                  Initials of Preparer:  nkb